```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

```
IN RE: TORIANO R. & PATRICIA WILLIAMS    )
                                         )
IBM Lender Business Process Services     )
Inc.,                                    )
           Creditor,                     )
                                         )
     vs.                                 ) CASE NO. 09B03043
                                         ) JUDGE Jack B. Schmetterer
TORIANO R. & PATRICIA WILLIAMS,          )
           Debtor                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes IBM Lender Business Process Services Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of July 6, 2010:

| | |
|---|---:|
| a. Attorney's Fees | $250.00 |
| b. Property Inspections | $12.00 |
| c. Legal Fees | $1,100.00 |
| d. Payments | $9,988.60 |
| (1 @ $334.05 = $334.05) | |
| (3 @ $2,064.53 = $6,193.59) | |
| (2 @ $1,730.48 = $3,460.96) | |
| e. Suspense | -$1,687.82 |
| Total | $9,662.78 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice IBM Lender Business Process Services Inc. rights to collect these amounts will be unaffected.

```
                              Respectfully Submitted,
                              IBM Lender Business Process
                              Services Inc.

                              /s/Toni Dillon
                              Toni Dillon ARDC#6289370
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
```